UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REV. RUPERTA LABIOSA-CUETO ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> VETERANS ADMINISTRATION OF ) <br> NEW ENGLAND HEALTHCARE ) <br> SYSTEMS, BOSTON CAMPUS THE ) <br> HUNTINGTON HOUSE, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 05-11461-GAO <br><br> Formerly: Suffolk County <br> West Roxbury <br> District Court <br> Civil Action No. <br> 0506CV246 |

**DEFENDANTS' MOTION TO DISMISS**

As more fully demonstrated in the accompanying Memorandum in Support, the defendants respectfully requests that this Court dismiss with prejudice the above-captioned matter pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure.[1] As reasons therefore, the defendants respectfully suggest that this Court lacks subject matter jurisdiction where the plaintiff has failed to file an administrative claim with the agency (see 28 U.S.C. § 2401(b)) and the plaintiff has failed to state a claim upon which relief can be granted as she alleges a breach of

---

[1] The United States further notes that other defenses to this claim, such as lack of proper service, are not waived through its omission from this motion.  Under Rule 4(i) of the Federal Rules of Civil Procedure, the plaintiff is required to serve not only the United States Department of Veterans Affairs (by certified mail), but also the United States Attorney for the District of Massachusetts and the Attorney General of the United States. Here, the plaintiff has not perfected service, as he has not served the United States Attorney or the Attorney General.

contract where no contract exists.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney


                                  /S/ Christopher R. Donato
                                  Christopher R. Donato
                                  Assistant U.S. Attorney
                                  U.S. Attorney's Office
                                  John Joseph Moakley Courthouse
                                  1 Courthouse Way, Suite 9200
                                  Boston, MA   02210
                                  Tel. No. (617) 748-3303

## CERTIFICATE OF SERVICE

    I certify that on this day a true copy of the defendants' Motion to Dismiss was served by first class mail, postage prepaid, upon the attorney for the plaintiff at the following address:

Nicole Reeves, Esquire
Ornell Law Office
592 Main Street
Worcester, MA 01608


Dated: July 11, 2005            /S/ Christopher R. Donato
                                  Christopher R. Donato
                                  Assistant U.S. Attorney


## Rule 7.1(A)(2) Certification

    I certify that I have conferred with the attorney for the plaintiff and have attempted in good faith to resolve or narrow the issue.


Dated: July 11, 2005            /S/ Christopher R. Donato
                                  Christopher R. Donato
                                  Assistant U.S. Attorney