UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

NO: 1:05-cv-11461-GAO

| | |
|---|---|
| Rev. Ruperto Labiosa-Cueto,<br>  Plaintiff<br><br>v.<br><br>Veterans Administration of<br>New England Healthcare<br>Systems, and Boston Campus,<br>Huntington House,<br>  Defendants | Formerly: Suffolk County<br>West Roxbury<br>District Court<br>Civil Action No.<br>05-06-CV-246 |

## JOINT STIPULATION OF DISMISSAL

NOW comes the parties and hereby voluntarily dismisses all counts for the above mentioned matter without prejudice.

Rev. Ruperto Labiosa-Cueto,
By her attorney,

*/s/ Nicole Reeves*

Nicole Reeves, Esquire
**ORNELL LAW OFFICE, PC**
592 Main Street
Worcester, MA  01608
(508) 797-9655
BBO #650137

Veterans Administration of New
England Healthcare Systems,
And Boston Campus, The
Huntington House,
By their attorney,

*/s/ Christopher Donato*

Christopher Donato, Esquire
**United States Attorney Office**
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3972
BBO #